PEOPLE ex rel. NEW YORK CENT. & H. R. R. CO. v. WOODBURY et al., State Board of Tax Com'rs.

(Supreme Court, Appellate Division, Third Department. November 16, 1910.)

Appeal from Special Term, Albany County.

Certiorari by the People, on the relation of the New York Central & Hudson River Railroad Company, against Egburt E. Woodbury and others, constituting the State Board of Tax Commissioners, to review an assessment in the Town of Canajoharie. From a final order, respondents appeal. Modified, and, as modified, confirmed.

Argued before SMITH, P. J., and KELLOGG, COCHRANE, SEWELL, and HOUGHTON, JJ.

Harold J. Hinman, for appellants.
Albert H. Harris (J. D. Wendell, of counsel), for respondent.

PER CURIAM. Final order appealed from reversed on law and facts, and the determination of the tax commissioners modified by deducting 20 per cent. from the valuation of the special franchise to equalize the assessment with the assessment of the other real property in the town, and, as so modi-

·fied, unanimously confirmed, with $50 costs and disbursements, on the opinion in People ex rel. N. Y. C. & H. R. R. Co. v. Woodbury (Town of Minden) 125 N. Y. Supp. 728, decided herewith.

COCHRANE, J., concurs in result.